**Fill in this information to identify the case:**

Debtor name: Creekside Cancer Care, LLC

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known): 16-21943 MER

■ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim - Total claim, if partially secured | Amount of claim - Deduction for value of collateral or setoff | Amount of claim - Unsecured claim |
|---|---|---|---|---|---|---|
| Accuray<br>Attn: Stan Gee<br>1310 Chesapeake Terrace<br>Sunnyvale, CA 94089 | Stan Gee<br>sgee@accuray.com<br>408-716-4600 | Tomo Shared Ownership Agreement | Disputed | $2,600,000.00 | Unknown | Unknown |
| U.S. Small Business Administration<br>Disaster Assistance Processing and Disbursement Center<br>14925 Kingsport Road<br>Fort Worth, TX 76155-2243 | 817-868-2300 | Disaster Assistance Loan | | | | $317,000.00 |
| Accuray<br>Attn: Stan Gee<br>1310 Chesapeake Terrace<br>Sunnyvale, CA 94089 | Stan Gee<br>sgee@accuray.com<br>408-716-4600 | Maintenance bill | Disputed | | | $245,000.00 |
| Google Adwords/AG Adjustments<br>Attn: Paula Tillem or Sean Morris<br>740 Walt Whitman Rd<br>Melville, NY 11747-9090 | Paula Tillem<br>paulat@agaltd.com<br>631-719-8020 | Professional Services | Disputed | | | $224,960.90 |
| Andrew Fitts<br>PO Box 13527<br>Seattle, WA 98198 | Andrew Fitts<br>ac_fitts@yahoo.com<br>206-304-0407 | Loan | | | | $200,000.00 |
| Dave Hahn<br>399 Becham Drive<br>San Jose, CA 95123 | relix42@gmail.com | Professional Services | | | | $155,020.70 |
| Mercedes Gamez<br>11405 East 111th Ave.<br>Henderson, CO 80640 | mercy22@aol.com<br>303-818-9293 | Loan | | | | $100,000.00 |

Debtor     Creekside Cancer Care, LLC                              Case number (if known)    16-21943 MER
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Anatome<br>Attn: Diane Dulla<br>2047 University Blvd<br>Houston, TX 77030 | Diane Dulla<br><br>d16@anatom-e.com<br>713-382-3638 | Equipment | | | | $70,000.00 |
| Cottonwood Office Partners, LLC<br>Attn: Hans Brutsche<br>16427 N Scottsdale Rd., Ste 410<br>Scottsdale, AZ 85254 | Hans Brutsche<br><br>hans@cottonwoodop.com<br>602-882-5189 | Loan | | | | $68,420.00 |
| Key Business Strategies, Inc.<br>986 Berganot Trail<br>Castle Pines, CO 80108 | 303-380-9042 | Professional Services | | | | $60,000.00 |
| Mile High Outdoor<br>Attn: Alan Greenberg Esq.<br>c/o Greenberg & Sada, P.C.<br>770 W. Hampden Ave #227<br>Englewood, CO 80110 | Alan Greenberg Esq<br><br>alan@greenberglegal.com<br>303-781-3529 | Professional Services | Disputed | | | $50,000.00 |
| Hogan Lovells US LLP<br>1601 Wewatta St., Suite 900<br>Denver, CO 80202 | Mark.heimlich@hoganlovells.com | Professional Services | | | | $38,426.45 |
| Siemens / Golman Walker LLC<br>Attn: Marc Mays<br>6303 E Tanque Verde #110<br>Tucson, AZ 85715 | Marc Mays<br><br>mmays@gwdaz.com<br>877-493-2500 x 101 | Professional Services | | | | $37,800.00 |
| Donald E. Benjamin Living Trust<br>Attn: Hans Brutsche<br>PO Box 544<br>Tesuque, NM 87574 | Hans Brutsche<br><br>hans@cottonwoodop.com<br>602-882-5189 | Loan | | | | $36,000.00 |
| Deborah Thompson<br>1819 Enfield St.<br>Fort Collins, CO 80526 | Debbie Thompson<br><br>thompsondebby360@gmail.com | Loan | | | | $21,000.00 |
| Sherman & Howard, L.L.C.<br>633 Seventeenth Street, Suite 3000<br>Denver, CO 80202 | aroets@shermanhoward.com | Professional Services | Disputed | | | $18,600.00 |

Debtor   Creekside Cancer Care, LLC                          Case number *(if known)*   16-21943 MER
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Trethan-Goswick, L.L.C.<br>Attn: Troy Gillenwater and Hans Brutsch<br>PO Box 2335<br>Carefree, AZ 85377 | Hans Brutsche<br><br>hans@cottonwoodop.com<br>602-882-5189 | Loan | | | | $18,420.00 |
| Xcel Energy<br>PO Box 9477<br>Minneapolis, MN 55484-9477 | 800-481-4700 | Professional Services | | | | $11,353.78 |
| Farber Medical Solutions<br>Attn: Stewart Farber<br>951 Old Clinton Rd #20<br>Westbrook, CT 06498 | Stewart Farber<br><br>farbermedsales@gmail.com<br>203-441-8433 | Professional Services | | | | $9,925.00 |
| Cogent/ ACEI<br>PO Box 791087<br>Baltimore, MD 21279-1087 | Sandy Williams<br><br>sandy.williams@payacei.com<br>703-719-9403 x154 | Professional Services | Disputed | | | $9,696.30 |