**Fill in this information to identify the case:**

Debtor name: Creekside Cancer Care, LLC

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known): 16-21943 MER

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................................   $ *4,108,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................................................   $ 12,220,835.91

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................................   $ *16,328,835.91

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $ 9,314,216.42

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................   $ 27,509.82

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$ 6,690,823.27

4. **Total liabilities** ...........................................................................................................................................   $ 16,032,549.51
Lines 2 + 3a + 3b