**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re: <br><br> CREEKSIDE CANCER CARE, LLC, <br> EIN: 27-0468155, <br><br> Debtor. | Case No. 16-21943-MER <br><br> Chapter 11 |

**NOTICE OF MOTION FOR APPROVAL OF STIPULATION FOR ADEQUATE PROTECTION BETWEEN DEBTOR AND BYLINE FINANCIAL GROUP**

**OBJECTION DEADLINE: APRIL 10, 2017**

     **YOU ARE HEREBY NOTIFIED** that Creekside Cancer Care, LLC (the "**Debtor**") has filed its Motion for Approval of Stipulation for Adequate Protection Between Debtor and Byline Financial Group (the "**Motion**"), with the Bankruptcy Court and requests the following relief: that the Court enter an order approving the Stipulation (as defined in the Motion) between the Debtor and Byline Financial Group, which, among things, provides for monthly adequate protection payments to Byline Financial Group in the amount of $2,611.81.

     If you oppose the Motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

     In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the aforementioned Motion without further notice to creditors or other interested parties.

DATED this 27th day of March, 2017.

                                                     BROWNSTEIN HYATT FARBER SCHRECK, LLP

                                                     *s/Michael J. Pankow*
                                                   Michael J. Pankow, #21212
                                                   Samuel M. Kidder, #49125
                                                   410 17th Street, Suite 2200
                                                   Denver, Colorado 80202
                                                   Telephone: (303) 223-1100
                                                   Facsimile: (303) 223-1111
                                                   mpankow@bhfs.com
                                                   skidder@bhfs.com

                                                   *Attorneys for the Debtor*

## CERTIFICATE OF MAILING

The undersigned certifies that on March 27, 2017, I served a copy of the foregoing **NOTICE OF MOTION FOR APPROVAL OF STIPULATION FOR ADEQUATE PROTECTION BETWEEN DEBTOR AND BYLINE FINANCIAL GROUP** via U.S. mail, postage prepaid, and properly addressed to the parties listed on the attached Court's mailing matrix.

*s/Sheila Grisham*
Sheila M. Grisham, Paralegal

```
Label Matrix for local noticing          AG Adjustments, Ltd, assignee of Google   AXA Life Insurance
1082-1                                   Attn: Paula Tillem or Sean Morris         P.O. Box 1047
Case 16-21943-MER                        740 Walt Whitman Rd                       Charlotte, NC 28201-1047
District of Colorado                     Melville, NY 11747-2212
Denver
Mon Mar 27 09:00:53 MDT 2017

Steven E. Abelman                        Accuray                                   Accuray Incorp
410 Seventeenth St                       1310 Chesapeake Terrace                   1310 Cheaspeake Terrace
22nd floor                               Sunnyvale, CA 94089-1100                  Sunnyvale, Ca 94089-1100
Denver, CO 80202-4437


Accuray Incorp.                          Airgas                                    Airgas USA, LLC
1310 Chesapeake Terrace                  PO Box 1152                               110 West 7th St Suite 1400
Sunnyvale, Ca 94089-1100                 Tulsa, OK 74101-1152                      Tulsa, OK 74119-1077


Anatome                                  Anderson & Whitney                        Andrew Fitts
Attn: Jeff Kuligowski                    5801 West 11th Street, Suite 300          PO Box 13527
7505 Fannin St., Suite 442               Greeley, CO 80634-4813                    Seattle WA 98198-1008
Houston, TX 77054-1945


Anthem Blue Cross Blue Shield            Anthony Cody                              Apple Financial Services
PO Box 51011                             120 Old Laramie Trl E                     P.O. Box 3072
Los Angeles, CA 90051-5311               Lafayette, CO 80026-7012                  Cedar Rapids, IA 52406-3072


Ascentium Capital                        Ascentium Capital, LLC                    Deborah S. Ashen
PO Box 301593                            23970 HWY 59N                             217 N. Jefferson St., Ste. 601
Dallas, TX 75303-1593                    Kingwood, TX 77339-1535                   Chicago, IL 60661-1114


BFG Corporation d/b/a Byline Financial Group   BS Holdings, LLC                    Bayer Healthcare
Ashen Faulkner                           120 Old Laramie Trail E                   PO Box 360172
217 N. Jefferson Street Suite 601        Lafayette, CO 80026-7012                  Pittsburgh, PA 15251-6172
Chicago, IL 60661-1114


Baytree / Byline Leasing                 Block Imaging                             Bonnie Sorden
721 N. McKinley Rd #200                  1845 Cedar Street                         408 Elk Trail
Lake Forest, IL 60045-1849               Holt, MI 48842-1757                       Lafayette, CO 80026-9085


Brian Thorndyke                          Brittany Barnes                           Byline Financial Group
120 Old Laramie Trl E                    9100 Vance St.                            721 N. McKinley Rd.
Lafayette, CO 80026-7012                 Westminster, CO 80021-7021                Lake Forest, IL 60045-1849


Chad S. Caby                             Centennial Radiation Oncology, P.C.       Century Link
1200 17th St.                            120 Old Laramie Trail E                   PO Box 52187
Suite 3000                               Lafayette, CO 80026-7013                  Phoenix, AZ  85072-2187
Denver, CO 80202-5855
```

| | | |
|---|---|---|
| Century Link<br>PO Box 91155<br>Seattle, WA 98111-9255 | CenturyLink Communications LLC<br>Bankruptcy<br>1801 California St, Rm 900<br>Denver, CO 80202-2609 | Charles Kelley Simpson, Dr.<br>7730 Park Ridge Circle<br>Fort Collins, CO 80528-8908 |
| Chris Noonan<br>120 Old Laramie Trl E<br>Lafayette, CO 80026-7012 | City of Lafayette<br>1290 South Public Rd<br>Lafayette, CO 80026-2706 | Coal Creek Investment Leasing Co<br>140 Old Laramie Trl E<br>Lafayette, CO 80026-7016 |
| Coal Creek Investment Leasing Company, LLC<br>120 Old Laramie Trail E<br>Lafayette, CO 80026-7012 | Cogent / ACEI<br>PO Box 791087<br>Baltimore, MD 21279-1087 | Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-3000 |
| Colorado Lending Source<br>518 17th St, 18th Floor<br>Denver, CO 80202-4117 | Aaron J. Conrardy<br>1660 Lincoln St.<br>Ste. 2200<br>Denver, CO 80264-2202 | Cottonwood Office Partners, LLC<br>16427 N Scottsdale Rd., Ste 410<br>Scottsdale, AZ 85254-7102 |
| Creekside Cancer Care, LLC<br>120 Old Laramie Trail E<br>Lafayette, CO 80026-7012 | Dave Hahn<br>399 Becham Drive<br>San Jose, CA 95123-5605 | Michael J. Davis<br>4100 E. Mississippi Ave. Ste. 420<br>Denver, CO 80246-3053 |
| Deborah Thompson<br>1819 Enfield St.<br>Ft. Collins, CO 80526-5549 | Bradford E. Dempsey<br>3200 Wells Fargo Center<br>1700 Lincoln St.<br>Denver, CO 80203-4500 | Direct Capital<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 |
| Donald E. Benjamin Living Trust<br>PO Box 544<br>Tesuque, NM 87574-0544 | Dryland Stucco Inc<br>PO Box 270626<br>Fort Collins, CO 80527-0626 | Drylands Stucco<br>PO Box 270626<br>Fort Collins, CO 80527-0626 |
| El Milagro<br>8711 E . Pinnacle Rd., #141<br>Scottsdale, AZ 85255 | Eldorado Water<br>PO Box 172526<br>Denver, CO 80217-2526 | Everbank Commercial Finance<br>10 Waterview Blvd<br>Parsippany, NJ 07054-7607 |
| Everbank Commercial Finance, Inc.<br>PO Box 911608<br>Denver, CO 80291-1608 | Everbank Leasing<br>PO Box 911608<br>Denver, CO 80291-1608 | FCF<br>PO Box 1358<br>Grand Junction, CO 81502-1358 |
| Farber Medical Solutions<br>951 Old Clinton Rd #20<br>Westbrook, CT 06498-1786 | Fire Alarm Services<br>4800 W 60th Ave<br>Arvada, CO 80003-6915 | First Bank<br>10403 West Colfax Ave<br>Denver, CO 80215-3811 |

Google Adwords / AG Adjustments Ltd.
740 Walt Whitman Rd
Melville NY 11747-2212

Guardian
PO Box 824404
Philadelphia, PA 19182-4404

Hamilton Linen
P.O. Box 843348
Kansas City, MO 64184-3348

Hogan Lovells US LLP
555 Thirteenth St. NW
Washington, DC 20004-1109

Hogan Lovells US LLP
Attn: Mark Heimlich
1601 Wewatta St., Suite 900
Denver, CO 80202-6314

IRS
PO Box 7346
Philadelphia PA 19101-7346

John A. Gagliardi
Wetzel Gagliardi Fetter & Lavin LLC
101 E. Evans St., Ste. A
West Chester, PA 19380-2600

Key Business Strategies, Inc.
986 Berganot Trail
Castle Pines, CO 80108-3627

Samuel M. Kidder
410 17th St., Ste. 2200
Denver, CO 80202-4432

LEAF
P.O. Box 742647
Cincinnati, OH 45274-2647

LEAF Capital Funding, LLC
2005 Market St 14th Floor
ATTN: Legal Dept
Philadelphia, PA 19103-7009

LEAF Capital Funding, LLC
PO Box 742647
Cincinnati, OH 45274-2647

David B. Law
1900 W. Littleton Blvd.
Littleton, CO 80120-2023

Lift Forward
261 Madison Avenue
New York, NY 10016-2303

LiftForward, Inc
c/o Jeffrey Rogers
180 Maiden Lane, 10 Floor
New York, NY 10038-5178

Linde (MRI Helium)
PO Box 100691
Pasadena, CA 91189-0003

MacPractice
233 N 8th, Ste 300
Lincoln, NE 68508-1490

Matthew O'Rourke
120 Old Laramie Trl E
Lafayette, CO 80026-7012

McKesson Medical Surgical
PO Box 660266
Dallas, TX 75266-0266

McKesson Specialty
PO Box 841838
Dallas, TX 75284-1838

MedPro Medical Waste
PO Box 5683
Chicago, IL 60680-5683

Mercedes Gamez
11405 East 111th Ave.
Henderson, CO 80640-7706

MidFirst Bank
555 17th St., Ste 150
Denver, CO 80202-3913

Mile High Outdoor / Greenberg & Sada, P.C.
770 W. Hampden Ave #227
Englewood, CO 80110-2152

David M. Miller
370 17th St.
Ste. 4800
Denver, CO 80202-5698

Morning Star Elevator
16165 Cliffrock Court
Colorado Springs, CO 80921-3728

Alan K. Motes
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Northeast Bank
200 Berkeley Street
P.O. Box 171679
Boston, MA 02117-3523

Brandan Oliver
3200 Wells Fargo Center, 1700 Lincoln St
Denver, CO 80203

Michael J. Pankow
410 17th St.
22nd Fl.
Denver, CO 80202-4437

| | | |
|---|---|---|
| Paul L. Vosburgh Revocable Trust<br>PO Box 36060<br>Albuquerque, NM 87176-6060 | Philadelphia Indemnity Insurance<br>P.O. Box 2057<br>Kalispell, MT 59903-2057 | Philips Medical Capital<br>P.O. Box 92449<br>Cleveland, OH 44193-0003 |
| Phillips Medical Capital LLC<br>Attn: T. Veitz<br>1111 Old Eagle School Road<br>Wayne, PA 19087-1453 | Pinnacol<br>P.O. Box 561434<br>Denver, CO 80256-0001 | Qwest Corp. dba<br>CenturyLink Communications LLC<br>1801 California St., Rm 900<br>Denver, CO 80202-2609 |
| Royal Bank America Leasing LP<br>John A. Gagliardi, Esquire<br>101 E. Evans St., Ste. A<br>West Chester, PA 19380-2600 | Royal Bank America Leasing, LP<br>550 Township Line Rd., Ste. 425<br>Blue Bell, PA 19422-2734 | Royal Bank Leasing<br>550 Township Line Rd, Ste 425<br>Blue Bell, PA 19422-2734 |
| Securities and Exchange Commission<br>Central Regional Office<br>1961 Stout St.<br>Ste. 1700<br>Denver CO 80294-1700 | Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 | Security & Exchange Commission<br>Central Regional Office<br>1801 California St.<br>Ste. 1500<br>Denver CO 80202-2656 |
| Sherman & Howard, L.L.C.<br>Attn: Alan Roets<br>633 Seventeenth Street, Suite 3000<br>Denver, CO 80202-3622 | Siemens Medical Solutions USA, Inc.<br>Attn: JoAnn McDonough<br>40 Liberty Boulevard<br>Mail Code 40-2W<br>Malvern, PA 19355-1418 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| Summit Funding Group, Inc.<br>Lease Administration Center<br>Dept. 3500<br>4680 Parkway Drive, Suite 300<br>Mason, OH 45040-7979 | Summit Lease Administration<br>Lease Administration Center Dept. 3500<br>4680 Parkway Dr., Suite 300<br>Mason, OH 45040-7979 | Susquehanna Commercial Finance, Inc.<br>2 Country View Road, Suite 300<br>Malvern, PA 19355-1420 |
| TomoTherapy, Inc.<br>Attn: Stan Gee<br>1310 Chesapeake Terrace<br>Sunnyvale, CA 94089-1100 | Tomotherapy Inc.<br>1240 Deming Way<br>Madison, Wi 53717-1954 | Travelers<br>PO Box 660317 443 Crown Pt Cir, Ste A<br>Grass Valley, CA 95945-9557 |
| Trethan-Goswick, L.L.C.<br>Attn: Troy Gillenwater<br>PO Box 2335<br>Carefree, AZ 85377-2335 | U.S. Small Business Administration<br>Disaster Assistance<br>Processing and Disbursement Center<br>14925 Kingsport Road<br>Fort Worth, TX 76155-2243 | U.S. Small Business Administration<br>Jonathan Braun, Attorney<br>721 19th Street<br>Suite 426<br>Denver, CO 80202-2517 |
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | United States Small Business Administration<br>409 3rd St. SW<br>Washington, DC 20416-0005 | United States Small Business Administration<br>Colorado District Office<br>721 19th St., Suite 426<br>Denver, CO 80202-2517 |
| David Wadsworth<br>1660 Lincoln St.<br>Ste. 2200<br>Denver, CO 80264-2202 | Wells Fargo<br>SBA 504 Program<br>9062 Old Annapolis Road<br>Columbia, MD 21045-2479 | Wells Fargo Vendor Financial Services, LLC<br>Attn: Lisa Boddicker<br>1010 Thomas Edison Bldvd, SW<br>Cedar Rapids, IA 52404-8247 |

| | | |
|---|---|---|
| Western Equipment Finance<br>503 HWY 2 W<br>Devils Lake, ND 58301-2938 | Western Equipment Finance<br>PO Box 640<br>Devils Lake, ND 58301-0640 | Xcel Energy<br>PO Box 9477<br>Minneapolis, MN 55484-9477 |
| Zayo Group, LLC<br>1805 29th Street<br>Boulder, CO 80301-1058 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Sprint
PO Box 4181
Carol Stream, IL 60197

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u) Anderson & Whitney, P.C. | (u)Accuray Inc. | (u)BFG Corporation d/b/a Byline Financial Gro |
| (u)Colorado Lending Source, Ltd. | (u)FirstBank | (du)FirstBank |
| (u)LiftForward, Inc. | (u)MidFirst Bank | (u)Northeast Bank |

End of Label Matrix
Mailable recipients   123
Bypassed recipients     9
Total                 132