**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 16-21943-MER |
| CREEKSIDE CANCER CARE, LLC | ) | |
| | ) | Chapter 11 |

# ACCURAY'S REPORT ON DISCOVERY ISSUE IN DISPUTE

Accuray hereby files this report on the discovery issues in dispute and in support thereof states as follows:

1. On March 1, 2017, Accuray filed their Motion For Relief From Automatic Stay Or, Alternatively, For Adequate Protection (the "Motion").

2. On March 17, 2017, the Debtor filed their Debtor's First Set Of Interrogatories And Requests For Production Propounded On Tomotherapy Incorporated in conjunction with the Motion which requested from information from 2001 forward or 16 years of documents.

3. On March 28, 2017, Accuray responded to the Debtor's First Set of Interrogatories by objecting to 18 of the 20 requests on the grounds they were unduly burdensome and not reasonably likely to lead to the discovery of admissible evidence.

4. On March 29, 2017, the Motion was denied without prejudice and the Court ordered a hearing on whether the Contract between Accuray and the Debtor was a Lease or Financing Arrangement.

5. Despite the withdrawal of the Motion, on March 30, 2017, the Debtor filed an Ex Parte Motion for 2004 exam in which they requested the exact same information as they had in relation to the Motion.

6. At a hearing on the objection of Accuray to producing documents, counsel for the Accuray indicated they would provide a compilation of data from sales of all relevant machines in spreadsheet form for the 5 years prior to the filing date. The initial information consisted of a list of sales of used machines for both the Tomo machine and the Cyberknife as represented to the court which has been produced.

7. The issue that is the subject of the discovery is the valuation of the Tomo machine, there is no dispute as to any valuation issue between Accuray and the Debtor as to the Byberknife.

8. All the data relevant for sales of used machines which would form the basis for any valuation dispute has been turned over for both the Tomo and the Cyberknife. The form of sales contracts or leases have no bearing on valuation as any machine is sold at the same price regardless of how it is financed

9. The sales contracts or leases are the only way that Accuray sells machines and no Shared Ownership Agreements have ever been executed after Creekside in the United States.

10. There is no valuation issue between the Debtor and Accuray as to the Cyberknife, nor does its valuation impact any issue between Accuray and the Debtor.

DATED this 12th day of June, 2017.

Respectfully submitted,
DLG LAW LLC
/s/ Michael J. Davis
Michael J. Davis, Atty. Reg. No. 44287
4100 East Mississippi Avenue, Suite 420
Denver, Colorado 80246
Tel: 303-758-5100
mdavis@dlglaw.net

## **CERTIFICATE OF SERVICE**

 I hereby certify that on the 5th day of July, 2017, I have served a true and accurate copy of the foregoing ACCURAY'S REPORT ON DISCOVERY ISSUE IN DISPUTE by filing them with the Court and serving by email the attached.

Steven E. Abelman
410 Seventeenth St
22nd floor
Denver, CO 80202
(303) 223-1102
Fax : (303) 223-0902
Email: sabelman@bhfs.com

Samuel M. Kidder
410 17th St., Ste. 2200
Denver, CO 80202
303-223-1117
Fax : 303-223-1111
Email: skidder@bhfs.com

Michael J. Pankow
410 17th St.
22nd Fl.
Denver, CO 80202
( ) 303-223-1100
Fax : 303-223-1111
Email: mpankow@bhfs.com